IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOSEPH W. HIGGINS, | ) | |
|---|---|---|
| Petitioner, | ) | 8:17CV107 |
| v. | ) | |
| BURNS, Judge, DOUGLAS COUNTY DISTRICT COURT, and LANCASTER LINCOLN REGIONAL CENTER, | ) | ORDER |
| Respondents. | ) | |

IT IS ORDERED that the petitioner's motion for reconsideration (filing no. 9) is denied.

DATED this 2nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge